IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JULIE MILES f/k/a/ JULIE SCHILREFF, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | 8:09CV289 |
| UNUM GROUP f/k/a Unum Provident Corporation f/k/a Provident Companies, Inc. a/k/a Unum Life Insurance Company of America, | ) ) ) ) ) | ORDER |
| Defendant. | ) | |

Plaintiff timely filed a request for trial in North Platte (Doc. 8), following the removal of this case from the District Court of Cheyenne County, Nebraska. Defendant does not intend to oppose this request. The court finds that transfer of venue to North Platte is appropriate and the motion should be granted.

In their planning conference report (Doc. 14), the parties asked that the court delay entering an initial progression order to facilitate immediate negotiations or mediation. The court finds that this request should be granted.

**IT IS ORDERED:**

1. The court will delay entering an initial progression order, to facilitate immediate negotiations or mediation. Defense counsel shall file a status report no later than **November 20, 2009**, regarding the progress of their settlement discussions.

2. Plaintiff's unopposed request for trial in North Platte (Doc. 8) is granted, and the Clerk shall amend the records of the court to reflect the change of venue.

**DATED October 8, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**