IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JULIE MILES f/k/a JULIE SCHILREFF,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **UNUM GROUP f/k/a UNUM PROVIDENT** ) <br> **CORPORATION f/k/a PROVIDENT** ) <br> **COMPANIES, INC. a/k/a UNUM LIFE** ) <br> **INSURANCE COMPANY OF AMERICA,** ) <br> ) <br> Defendant. ) | **CASE NO. 8:09CV289** <br><br> **MEMORANDUM** <br> **AND ORDER** |

This matter is before the Court on the Report and Recommendation of Magistrate Judge F.A. Gossett (Filing No. 19), in which he recommends that the Court deny the Motion to Remand (Filing No. 7) filed by Plaintiff Julie Miles f/k/a/ Julie Schilreff. The time for filing of objections to the Report and Recommendation has expired, and no party has objected.

Despite the absence of objections, the Court has conducted a *de novo* review, and concludes that the Report and Recommendation should be adopted in its entirety.

Accordingly,

IT IS ORDERED:

1. The Report and Recommendation of Magistrate Judge Gossett (Filing No. 19) is adopted; and

2. The Plaintiff's Motion to Remand (Filing No. 7) is denied.

DATED this 17th day of December, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge