# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JULIE MILES f/k/a JULIE SCHILREFF,** | ) | **CASE NO. 8:09CV289** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER AND** |
| | ) | **FINAL JUDGMENT** |
| **UNUM GROUP f/k/a UNUM PROVIDENT CORPORATION f/k/a PROVIDENT COMPANIES, INC. a/k/a UNUM LIFE INSURANCE COMPANY OF AMERICA,** | ) ) ) ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Notice of Dismissal (Filing No. 30) submitted by Plaintiff Julie Miles, f/k/a Julie Schilreff.  Pursuant to Federal Rule of Civil Procedure 41(a)(2) the Court concludes that the motion should be granted and the action should be dismissed with prejudice.  Pursuant to the Notice, the action will be dismissed at Plaintiff's cost.

IT IS ORDERED:

1.   Plaintiff's Notice of Dismissal (Filing No. 30) is granted;

2.   Plaintiff Julie Miles' claims against Defendant Unum Group, f/k/a Unum Provident Corporation, f/k/a Provident Companies, Inc., a/k/a Unum Life Insurance Company of America are dismissed with prejudice; and

3.   The action is dismissed at Plaintiff's cost.

DATED this 16th day of March, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge